U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 11 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDWIN OLIVERAS,

                Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

Civil Action No. 5:13-cv-01071-DNH-DEP

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C.§ 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Amanda J. Lockshin, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant for further administrative action pursuant to sentence 4 of 42 U.S.C. § 405(g); and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this _11th_ day of _April_, 2014;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and that the matter is REMANDED to the Defendant for further administrative action, which will include offering Plaintiff an opportunity for a new hearing as well as issuing a new decision, and it is further

1

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
HON. DAVID N. HURD
United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

                    RICHARD S. HARTUNIAN
                    United States Attorney

By:   *s/ Amanda J. Lockshin*
       Amanda J. Lockshin
       Special Assistant U.S. Attorney
       Attorney for Defendant

       OLINSKY LAW GROUP
       300 S. State Street, Suite 420
       Syracuse, NY 13202

By:   *s/ Howard D. Olinsky*
       Howard D. Olinsky
       Attorney for Plaintiff